IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: March 24, 2009



*Randolph J. Haines*
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

Marty G. Baker, Esq. (AZ Bar No. 025278)
Macie J. Hawkes, Esq. (AZ Bar No. 026012)
ROUTH CASTLE COOPER OLSEN, LLC
A Multi-Jurisdictional Law Firm
22601 North 19th Avenue, Suite 201
Phoenix, Arizona 85027
(623) 582-1222
File No.: 8263.30003

Attorneys for CHASE HOME FINANCE, LLC, its successors and or assigns

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08-10353-RJH |
| MICHEL E. HENDRICKX | Chapter: 13 |
| DEBTOR. | **ORDER FOR RELIEF** |
| CHASE HOME FINANCE, LLC, its successors and or assigns | |
| Movant, | |
| v. | |
| MICHEL E. HENDRICKX, Debtor; and Russell Brown, Chapter 13 Trustee | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all rights in the real property

*GRANTED*

under the Note and Deed of Trust commonly known as 14743 W. Clarendon Ave., Goodyear, AZ 85338, ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED TO THE
> MOTION FOR RELIEF FROM THE AUTOMATIC
> STAY AND FILED ON BEHALF OF MOVANT
> AND MADE A PART THEREOF.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Upon foreclosure, in the event Debtor fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

4. If the Trustee is making payments to Movant, the trustee shall cease making such payments at the next regular disbursement following service of this Order;

5. Movant may offer to provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in the bankruptcy case; and

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

DATED this ____ day of _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

